UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
-------------------------------------------------------
:
LAURENCE JOSEPH MCDONALD, : CASE NO. 1:16-CV-217
:
      Plaintiff, :
:
  vs. : OPINION & ORDER
: [Resolving Doc. 1-1]
CAROLYN W. COLVIN, :
Acting Commissioner of Social Security :
:
      Defendant. :
:
-------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

On November 15, 2012, Plaintiff Laurence Joseph McDonald applied for Disability Insurance Benefits and Supplemental Security Income under the Social Security Act.[1] After his application was denied, McDonald requested that an Administrative Law Judge (ALJ) evaluate his application.[2]

On March 16, 2015, the ALJ determined that Plaintiff McDonald was not disabled within the meanings of the Social Security Act.[3] The Appeals Council denied McDonald's request for review.[4]

On January 29, 2016, Plaintiff McDonald filed this complaint for wrongful denial of disability benefits.[5] Consistent with Local Rule 72.2, the Court referred the matter to Magistrate Judge George J. Limbert. On December 20, 2016, Magistrate Judge Limbert issued a Report and Recommendation, finding the ALJ's determination was not supported by substantial evidence.[6]

---

[1] Doc. 9 at 198-204.
[2] *Id.* at 156-57.
[3] *Id.* at 14-24.
[4] *Id.* at 1-6.
[5] Doc. 1-1. Although Plaintiff's suit was originally filed in the Southern District of Ohio, Magistrate Judge King transferred the case to this District on January 29, 2016. Doc. 2.
[6] Doc. 15 at 26.

Case No. 1:16-CV-217
Gwin, J.

Specifically, the ALJ failed to set forth "good reasons" for discounting the opinions of McDonald's treating physicians.[7] Magistrate Limbert recommended that this Court vacate the Commissioner's denial of disability benefits and remand the case back to the ALJ for further proceedings.[8]

The Federal Magistrates Act requires a district court to conduct a de novo review only of those portions of a Report and Recommendation to which the parties have made an objection.[9] On January 3, 2017, the Social Security Commissioner filed notice that the Social Security Commissioner would not object to Magistrate Judge Limbert's report and recommendation.[10]

Absent objection, a district court may adopt the magistrate judge's report without review.[11] Moreover, having conducted its own review of the parties' briefs in this case, the Court agrees with the conclusions of Magistrate Judge Limbert.

Accordingly, the Court **ADOPTS** in whole Magistrate Judge Limbert's findings of fact and conclusions of law and incorporates them fully herein by reference. The Court thus **VACATES** the Commissioner's denial of benefits and **REMANDS** this case to the Administrative Law Judge for further proceedings.

IT IS SO ORDERED.

Dated: January 11, 2017    *s/    James S. Gwin*
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE

---

[7] *Id.* at 22-26.
[8] *Id.* at 27-28.
[9] 28 U.S.C. § 636(b)(1)(C).
[10] Doc. 16.
[11] *Thomas v. Arn*, 474 U.S. 140, 149 (1985).